Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEMAN RAY DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOEW'S HOTELS, INC., a New York corporation; LOEWS HOTELS HOLDING CORPORATION, a Delaware corporation; LOEWS CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00095-CAB-MSB<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: January 18, 2021<br>Trial Date: None set |

Plaintiff Freeman Ray Davis ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: March 18, 2021                                   Respectfully submitted,

                                                        _____
                                                        Thiago M. Coelho
                                                        **WILSHIRE LAW FIRM**
                                                        *Attorneys for Plaintiff and the proposed class*